IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

AXEL ALESSANDRO
CAMPOS-FLORES,

    Petitioner,

v.                                                     Civil Action No. 3:25CV797

PAMELA BONDI, *et al.*,

    Respondents.

## ORDER

This matter comes before the Court on Petitioner's Motion for Extension of Time (the "Motion"). (ECF No. 8). On September 29, 2025, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (ECF No. 1.) On October 6, 2025, this Court ordered Petitioner to file, within ten (10) days, an Amended Petition that complies with Rule 2(c) of the Rules Governing § 2254 cases.[1] (ECF No. 4, at 2.) Petitioner's Amended Petition was due October 16, 2025.

On October 17, 2025, Petitioner filed the Motion. (ECF No. 8.) In the Motion, Petitioner seeks a ten (10) day extension of time within which to file an Amended Petition that complies with Rule 2(c)(5) of the Rules Governing § 2254 cases. (ECF No. 8, at 1.) Petitioner requires additional time to submit the Amended Petition "because counsel has not had the opportunity to consult with [Petitioner] and transfer the necessary papers back and forth to determine whether it

---

[1] Rule 1(b) of the Rules Governing § 2254 cases permits this Court to apply the Rules Governing § 2254 Cases to petitions under 28 U.S.C. § 2241. Rule 1(b), Rules Governing § 2254 Cases; *see Aguayo v. Harvey*, 476 F.3d 971, 976 (D.C. Cir. 2007).

is feasible to comply with Rule 2(c)(5) of the Rules Governing § 2254 Cases or whether it will instead be necessary for counsel to seek 'next friend' standing." (ECF No. 8, at 1.)

Upon due consideration and for good cause shown, the Court GRANTS the Motion. (ECF No. 8.) Petitioner is granted an additional ten (10) days, until October 26, 2025, within which to file an Amended Petition that complies with Rule 2(c) of the Rules Governing § 2254 cases.

The Court DIRECTS the Clerk to send a copy of this Order to the United States Attorney for the Eastern District of Virginia and to Petitioner's counsel of record.

It is SO ORDERED.

Date: 10/21/25
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge